

FILED
DISTRICT COURT OF GUAM

MAY 2 6 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

HUI FANG LING,

      Defendant.

MAGISTRATE CASE NO. 04-00006

**RECEIPT OF EXHIBITS**

    I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's      [ ] Defendant's      [ ] Joint

**EXHIBIT NO.**      **DESCRIPTION**

      SEE ATTACHED MINUTE ENTRY

_____
Signature

_N. SORIANO_
Name

_5-26-06_
Date

_USAO_
Office/Firm Receiving Exhibits

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### INITIAL APPEARANCE

FILED
DISTRICT COURT OF GUAM
MAR 1 1 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. MG-04-00006**       **DATE: 3/10/2004**       **TIME: 1:45 p.m.**
( ) SEALED    ( ) UNSEALED

**HON. JOHN S. UNPINGCO, Chief Judge, Presiding**
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded - RUN TIME: 1:45:58 - 2:21:50

Law Clerk: J. HATTORI & K. WALMSLEY
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente & P. Taijeron

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: HUI FANG LING**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.
(If more than one defendant, see attached)

**ATTY : RICHARD ARENS**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JAMIE BOWERS**

**AGENT: MIKE HERNANDEZ, B.I.C.E.**

**U.S. PROBATION: MARIA CRUZ**

**U.S. MARSHAL: J. CURRY & P. RABINA**

**INTERPRETER:** Mimi Clinard, previously sworn

**LANGUAGE:** Chinese

**PROCEEDINGS:   INITIAL APPEARANCE / IDENTITY HEARING**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: <u>FEDERAL PUBLIC DEFENDER</u>, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED     AGE:____     HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( X ) REMOVAL/IDENTITY HEARING ( X ) CONDUCTED ( ) WAIVED ( ) SET FOR: ____     at _____
( X ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
     THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( ) PLEA ENTERED:  ( ) *GUILTY*  ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S)_____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE:_____ at _____  ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( ) PRELIMINARY EXAMINATION SET FOR: _____at _____
( ) ARRAIGNMENT SET FOR_____     at _____
( ) TRIAL SET FOR:

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR( )*PROCESSING* ( X) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Parties had no objections to a joint hearing with the defendants in MG-04-00005 and MG-04-00007. Agent Michael Hernandez called and sworn. Court examined the witness. Government's Exhibit #1, #2, and #3 (photos of the defendants), offered and admitted. Warrant of Removal executed. Defendant remanded to the custody of the U.S. Marshal Service on Guam to be removed to the District of the Northern Mariana Islands.

Time: 2:21 p.m.